IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>$4,000.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. ) | Civil Action No. 05-1225 |

**ORDER**

AND NOW, this 24th day of Oct, 2006, it is hereby

ORDERED, ADJUDGED and DECREED that this civil forfeiture action is stayed until further Order of Court.

The Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the state criminal case.

_____ J.