IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action No. 05-1225 |
| $4,000.00 IN UNITED STATES CURRENCY, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF COURT

AND NOW, this 22 day of Jan_____, 2013, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that:

(1) The United States Marshals Service shall release $2,000.00 to Herbert Green.

(2) The remaining $2,000.00 is hereby forfeited to the United States free and clear of all right, title and/or interest of any person or entity, including, without limitation, Herbert Green.

(3) A certificate of reasonable cause is entered pursuant to 28 U.S.C. §2465.

_____
United States District Court Judge